On or about the 3rd of march 2023 at around 0639 Am CO.'s Wilks & Blair of the Lewis & Clark County Detention Center entered the Pod 3 to serve the Plaintiff a minor infraction report. As the plaintiff was handed the report from the Defendant, the defendant made a statement in regards to the Plaintiffs house and his racially inferior skin color.

The Plaintiff was at the threshhold to his cell and retreating as officer Blair repeatedly pushed and yelded hit me you know you want to, your kind arnt peaceful hit me. The plaintiff hit the bunk and officer Blair got more violent after cuffing him slamming his head against the wall wall then telling him to get on his knees when the Plaintiff refused officer Blair slamed him down saying natives needed to learn there place. This is my house and these are my officers you'll do as we say.

Due process was violated when the Grievance process wasn't followed or answered. 1983 protects agains racist behavior against inmates as well a the 14th amendments protection against Deliberate indifference to inmates complaints. They were Deliberatly indifferent when they ignored grievances.

(Exhibit d)

On or about the 3rd of March 2023 at approx 0637 AM correctional officers Wilks & Blair of the Lewis & Clark Correctional Detention center entered pod 3 to serve the plaintiff a minor infraction report. The incident was recorded on pod 3's camera system for both the protection of officers & inmates. The plaintiff took the infraction report from the officers and retreated towards the plaintiffs cell to place the report on his bunk. At this point officer Blair started to state in effect "this is my house" and other statements that the Plaintiff did not understand what the officer was trying to communicate. The plaintiff was standing at the threshold of his cell when officer Blair approached putting his hands on the plaintiffs and pushing him further into the cell. As he pushed the plaintiff back he kept repeating the phrase "hit me" over and over until the plaintiffs back was against his bunks. Officer Blair instructs the plaintiff to lay down on the bottom rack, which the Plaintiff replys "thats not my Rack" so officer Blair says put your hands ~~behind your back~~ on the wall. I shift what I have in my hands around to place the contents on the top bunk which is mine, then place my hands on the wall. Officer Blair purposely places my left hand in cuffs and slams my head into the brick wall then grabs my right hand and puts it in cuffs. Then officer Blair spins me around and tells me to get on my knees. At this time the plaintiff is scared, unsure of what had been done to make the plaintiff the recepient of the officiers anger. But the plaintiff feels unsafe and fears for his life. Officer Blair has grabbed his belt and pants and repeated get on your knees to which the plaintiff says no, then officer Blair slams him down to the ground.

# TurnKey CORRECTIONS

# Request Export

Generated On: May 4, 2023

Message Thread Id: 1058772
Account: 58805 - SILAS CORPRON
Report a General Grievance

| Message | Date | Sender |
|---|---|---|
| march 3rd at 6:37 am i was physically assaulted not once bout 3 to 4 times he put his hands on me,dehumanized me,mistreament of a prisoner,intimidation,threatning me reasonable apprehension i feared for my life and still afraid for my life and of retaliation. why has their been no felony charges been filed and i still sit here with no legal representation to file charges against this jail and CO Blair and CO Wilke as im pretty sure that was a set up to try and get to hit a cop and get more charges 20 years to be excalt assault on a peace officer so in want both to be charged and you'll get a list of other stuff from a lawyer who is representing me and also the P.R.E.A charge to them after i was handcuffed | 08 Mar 23 15:35 +0000  3:35 | SILAS CORPRON |



Message Thread Id: 1050800
Account: 58805 - SILAS CORPRON
General Requests

| Message | Date | Sender |
|---|---|---|
| im sending 3 letters out and two are stamp 1st stamped letter is legal mail to ACLU to missoula 2nd stamped letter to wolf point and 3rd letter unstamped to bozeman CO's will be taking them tonight march 5th between 6pm to 10pm and should go out tommorrow morning on a monday march the 6th 2023 | 06 Mar 23 01:03 +0000 | SILAS CORPRON |

Message Thread Id: 1046442
Account: 58805 - SILAS CORPRON
PREA Submission

| Message | Date | Sender |
|---|---|---|
| Mr.Corpron I spoke with you tonight about this situation and I have forwarded it to my supervisor to begin the investigation. Respectfully Officer Hartnett | 07 Mar 23 03:45 +0000 | Nathan Hartnett |
| i was assaulted by CO blair this morning i was scared for my life as he used assessive force against me and he was trying to antaganized me into fighting him on march 3rd at 6.37am and i am in fear for my life and retaliation | 03 Mar 23 22:44 +0000 | SILAS CORPRON |

Ex. D

# TurnKey CORRECTIONS

# Request Export

Generated On: May 4, 2023

---

**Message Thread Id:** 1109415
**Account:** 58805 - SILAS CORPRON
**MH Case Worker Request**

| Message | Date | Sender |
|---|---|---|
| Good morning Mr. Corpron. This is the MH Therapist. Sonds like you want a session to talk and work on coping with a lot of things. I cannot assist with PREA the assaults. I can work with you on coping skills to utilize while in jail. If that sounds helpful to you and you want to meet, please send a kite to MH Therapist. | 23 Mar 23 16:13 +0000 | Chloe Smith |
| im having mental issues from the assault,intimidation,essessive force,sexual dehumanization from officer blair entering my cell trying to intagating me to hit him so i would get assault on a peace officer and get 20 years in prison and just brought back old memories of being in prison boot camp ptin g buttnaked in till we puked are pissed ourselves being dehumanized treated like doggs ane oct 28 2018 in boulder jail getting assaulted and beaten and stripped naked by female officers and them refusing me help mental and physically and kited P.R.E.A for months and nothing but my mental health got worse at times and doc are the courts just wanto s end me to prison im scared for my life i feel unsafe in this jail and county and i fear of retaliation as i feel probation and parole are already retaliaing against me now (4) | 23 Mar 23 14:37 +0000 | SILAS CORPRON |

---

**Message Thread Id:** 1096103
**Account:** 58805 - SILAS CORPRON
**General Requests**

| Message | Date | Sender |
|---|---|---|
| hey are the messages going out that i send are do they go to you guys and then you guys send em out if so send my messeges out thanks | 20 Mar 23 12:44 +0000 | SILAS CORPRON |

---

**Message Thread Id:** 1046379
**Account:** 58805 - SILAS CORPRON
**Report a General Grievance**

| Message | Date | Sender |
|---|---|---|
| this morning at 637 am CO blair came into my cell and physicaly assaulted me i was scared for my life he use excessive force and abused his powers and also was trying to get me to fight him he antaginizing me to hit him for what so i can get assualt on a peace officer and get more time and more charges if that was me the STATE would be charging and as a officer of the law it was unproffessional and i want to press charges to the fullest as the state would hold me accountible i want CO BLAIRE and Wilke held accountible for their actions (3) | 03 Mar 23 22:25 +0000 | SILAS CORPRON |

Ex. C



# Request Export

Generated On: May 4, 2023

Message Thread Id: 1091815
Account: 58805 - SILAS CORPRON
Report a General Grievance

| Message | Date | Sender |
|---|---|---|
| See prior response to these questions. | 20 Mar 23 12:03 +0000 | Katie Gabriel |
| so i ask for the address of indian affairs and the president of the united states to write a letter about the mistreating of prisoners the assault of inmates by correctional officers native americans getting chargeed medication that is free to us and the misuse of charging us meds when they were brought in by family from the indian alliance and now holding our conversary from us when is was running late so they say i want the addresses i ask for and phone number of the place we get our conversary cause my family can check my order comfrimation correct | 18 Mar 23 14:15 +0000 | SILAS CORPRON |

Message Thread Id: 1173752
Account: 58805 - SILAS CORPRON
MH Therapist Request

| Message | Date | Sender |
|---|---|---|
| fill it out and get it back to me. | 12 Apr 23 14:05 +0000 | Mikael Lindquist |
| Who provided this to you? | 12 Apr 23 13:52 +0000 | Mikael Lindquist |
| mickeal whay is this form financial intake form for substance abuse block grant | 12 Apr 23 12:55 +0000 | SILAS CORPRON |

Message Thread Id: 1171392
Account: 58805 - SILAS CORPRON
MH Case Worker Request

| Message | Date | Sender |
|---|---|---|
| then what are now what | 11 Apr 23 22:47 +0000 | SILAS CORPRON |
| There is no inpatient treatment recommendation | 11 Apr 23 21:47 +0000 | Mikael Lindquist |
| hey mickeal any news on my cd and get the right placement | 11 Apr 23 17:36 +0000 | SILAS CORPRON |

**TurnKey CORRECTIONS**

# Request Export

Generated On: May 4, 2023

---

Message Thread Id: 1163254
Account: 58805 - SILAS CORPRON
General Requests

| Message | Date | Sender |
|---|---|---|
| for Co moody how is that list a going i still on top of that list are did i get moved down haha | 08 Apr 23 20:36 +0000 | SILAS CORPRON |

---

Message Thread Id: 1141669
Account: 58805 - SILAS CORPRON
General Requests

| Message | Date | Sender |
|---|---|---|
| i ask if butch are heather i think could do a notery and mcbride answered my kite yesterday and it never happened so what up with that 5hanks | 03 Apr 23 12:20 +0000 | SILAS CORPRON |

---

Message Thread Id: 1046411
Account: 58805 - SILAS CORPRON
Programs and Reentry

| Message | Date | Sender |
|---|---|---|
| Mr. Corpron, This is not a programs matter, we have brought this to the attention of the Sgts. However please talk to your post about this. | 06 Mar 23 14:55 +0000 | Mikael Lindquist |
| 637 am this morning i was assualted by co blair and wilke and want to press charges i was scared for my life as blair pushed me, use aseessive force, antaginized me trying to get me to hit him for what so i can get assualt on a peace officer and get more time, as a correction officer it was unproffessional and he threaten me and if that was me state would be charging me. the state want to hold me accountible i want co blaire and wilke held accountible for their action and i want to press charges to the fullest cause now i am fear for retaliation | 03 Mar 23 22:34 +0000 | SILAS CORPRON |

---

Message Thread Id: 1241557
Account: 58805 - SILAS CORPRON
MH Therapist Request

| Message | Date | Sender |
|---|---|---|
| chloe i need help i'm lost and confused I'm not supposed to be here | 03 May 23 19:22 +0000 | SILAS CORPRON |

Ex. "B"

# TurnKey CORRECTIONS

# Request Export

Generated On: May 4, 2023

Message Thread Id: 1118631
Account: 58805 - SILAS CORPRON
Report a General Grievance

| Message | Date | Sender |
|---|---|---|
| sure wasnt me check your cameras | 27 Mar 23 19:38 +0000 | SILAS CORPRON |
| Your last phone call was on 23 Mar, we do not control when the free call takes place. | 27 Mar 23 19:04 +0000 | Daniel Klein |
| WHY CANT I USE MY FREE PHONE CALL MY ACCOUNT HAS ZERO FUNDS ON IT | 26 Mar 23 17:42 +0000 | SILAS CORPRON |

Message Thread Id: 1115190
Account: 58805 - SILAS CORPRON
General Requests

| Message | Date | Sender |
|---|---|---|
| I haven't heard about you going down there for a hearing this week, but I will check and see. becky | 27 Mar 23 13:57 +0000 | Becky Hawthorne |
| for sg becky are sg heather next week i am going to boulder for court am i staying their are am i coming back | 25 Mar 23 00:48 +0000 | SILAS CORPRON |

Message Thread Id: 1104608
Account: 58805 - SILAS CORPRON
Report a General Grievance

| Message | Date | Sender |
|---|---|---|
| as of march 22 2023 i still havent been to press charges on officer blair for assault,intimidation,assessive force,mistreatment of a prisoner and im scared of retaliation,scared for my life,i feel unsafe in this jail and county,having night terrors,high anxiety and also pressing/proking me to try and fight him are hit him so iwould get assualt on a peace officer and get more felonies and get sent to msp for 20 years this facility hasnt let me press charges nor let me talk to a sherriff to press charges i feel this facility is trying to sweep in under the rug same with the prea i want him charged with as it took this facilitiy more than 5 business days to come and get my prea statement im also scared and cant sleep afaid i might end up dead like cruze pl | 22 Mar 23 19:00 +0000 | SILAS CORPRON |

Ex. "E"