IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SILAS CORPRON,<br><br>Plaintiff,<br><br>v.<br><br>DETENTION OFFICER ZACHARY BLAIR and DETENTION OFFICER LOGAN WILCKE,<br><br>Defendants. | Cause No.: CV 23-31-H-BMM<br><br>ORDER |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 44) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 17th day of July 2024.

_____
Brian Morris, Chief District Judge
United States District Court